IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

MATTHEW G. KENNEDY,
ADMINISTRATOR AD LITEM OF THE
ESTATE OF THOMAS R. KENNEDY,

       Appellant,

 v.

Case No.  5D21-1987
LT Case No. 2020-CA-208

KATHLEEN S. KENNEDY,

       Appellee.

_____/

Opinion filed August 9, 2022

Appeal from the Circuit Court
for Hernando County,
Don Barbee, Jr., Judge.

Jeffrey A. Eisel, of Baskin Eisel
Rightmyer, Clearwater, for Appellant.

Clifford A. Taylor, of The Hogan Law
Firm, Brooksville, for Appellee.


PER CURIAM.

AFFIRMED.  *See Estate of Kester v. Rocco*, 117 So. 3d 1196, 1200 (Fla. 1st DCA 2013) ("Where communications and assistance are consistent with a 'dutiful' adult child towards an aging parent, there is no presumption of undue influence.").

EVANDER, COHEN and NARDELLA, JJ., concur.